UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY LEE MONROE,<br><br>   Petitioner,<br><br> v.<br><br>ISIDRO BACA, et al.,<br><br>   Respondents. | Case No. 3:18-cv-00552-HDM-CBC<br><br>**ORDER** |

  Petitioner has submitted an application to proceed in forma pauperis (ECF No. 1) and a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court finds that petitioner has enough money in his account, and frequent enough deposits to his account, to pay the full filing fee of five dollars ($5.00).

  IT THEREFORE IS ORDERED that the application to proceed in forma pauperis (ECF No. 1) is **DENIED**. Petitioner shall have thirty (30) days from the date that this order is entered to have the filing fee of five dollars ($5.00) sent to the clerk of the court. Failure to comply will result in the dismissal of this action.

///

///

///

///

1

IT FURTHER IS ORDERED that the clerk of the court shall send petitioner two copies of this order. Petitioner is ordered to make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

DATED: November 26, 2018.

_____
HOWARD D. MCKIBBEN
United States District Judge